[Criminal No. 711. Filed February 24, 1930.]

[284 Pac. 1118.]

E. J. MILLER, Appellant, v. STATE, Respondent.

Mr. E. J. Miller, *pro se.*

The Attorney General, for the State.

PER CURIAM.—Appellant was tried and convicted of attempting to escape from the state penitentiary. The record was received by the clerk of the Supreme Court and filed September 12th, 1929. Appellant has taken no steps since to point out to this court any error, and our inspection of the record discloses none.

The judgment is affirmed.